UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY McCHRISTIAN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK GLEBE,<br><br>　　　　　　　Respondent. | CASE NO. C12-5185 BHS-JRC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE A TRAVERSE |

　　The petitioner asks that the Court extend the deadline for filing a traverse (ECF No. 10). The parties conferred and respondent does not oppose the motion. The motion is granted and the Court will consider the traverse that was filed April 30, 2012 (ECF No. 11).

　　Dated this 8th day of May, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PETITIONER'S MOTION
FOR AN EXTENSION OF TIME TO FILE A
TRAVERSE - 1